ORDERED.

**Dated: August 18, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

**IN RE:**

**Manuel Carvajal,**

**Debtor.** /

**USBC NO. 8:26-bk-06084-RCT**
**CHAPTER 13**

# ORDER GRANTING MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

**THIS CASE** came on for consideration, without a hearing, upon the **Motion to Voluntarily Dismiss Chapter 13 Case (Doc. No. 06),** filed by the Debtor in the above-captioned case. Having considered the record, the Court finds that the Motion should be granted. Accordingly, it is

**ORDERED**:

1. The Debtor's **Motion to Voluntarily Dismiss Chapter 13 Case (Doc. No. 06)** is **GRANTED** pursuant to 11 U.S.C. Section 1307(b) and the case is dismissed.

2. The Trustee shall disburse all funds on hand to the Debtor, in care of the Debtor's attorney, when represented by an attorney.

3. The Trustee shall file a final report, upon which filing, the Trustee will be discharged of duties as Trustee.

4. All pending hearings are cancelled with the exception of any hearing on an Order to Show Cause that may be presently scheduled in this case.

Attorney Alan D. Borden is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.